## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case Number: 18-CR-20563

**UNITED STATES OF AMERICA,**

**vs.**

**SCOTT NOVICK,**

**Defendant.**
_____/

### GOVERNMENT'S MOTION FOR A RULE 35 REDUCTION

The United States moves to reduce the sentence of Defendant Scott Novick pursuant to Rule 35 of the Federal Rules of Criminal Procedure:

1.     On January 31, 2019, Defendant was arraigned on a ten-count superseding indictment charging him with conspiracy to dispense controlled substances, in violation of Title 21, United States Code, Section 846; eight counts of dispensing a controlled substance, in violation of Title 21, United States Code, Section 841; and one count of conspiracy to commit wire fraud and health care fraud, in violation of Title 18, United States Code, Section 1349.  The charges arose from Defendant's ownership of two pain clinics located in the Southern District of Florida, and a pharmacy located in the Southern District of Florida.

2.     On February 25, 2019, Defendant entered a plea of guilty to one count of conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 1349.

3.     On June 14, 2019, Defendant was sentenced to 78 months of imprisonment.

4.     The Defendant has provided the Government with substantial assistance. Specifically, Defendant provided information that helped secure the indictment of the doctor

1

employed at the pain clinic, and was prepared to testify at the doctor's trial of each.  The doctor passed away after indictment, but before trial.

     5.    As a result of this assistance, the Government recommends that Defendant's sentence be reduced by 26 months (33%), which would result in a sentence of 52 months of imprisonment.

     6.    Undersigned counsel has conferred with counsel for the Defendant, who advises that Defendant will file a response to this motion.

Dated: March 4, 2021        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

        DANIEL KAHN, ACTING CHIEF
        CRIMINAL DIVISION, FRAUD SECTION
        U.S. DEPARTMENT OF JUSTICE

By:    /s/ Timothy P. Loper
        Timothy P. Loper
        TRIAL ATTORNEY
        Florida Special Bar No. A5502016
        United States Department of Justice
        Criminal Division, Fraud Section
        12020 Miramar Parkway
        Miramar, Florida 33025
        Tel: (202) 262-6276
        Timothy.Loper@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on March 4, 2021, I served and filed the forgoing document with the

Clerk of the Court via ECF.

By:    <u>/s/ Timothy P. Loper</u>
Timothy P. Loper
TRIAL ATTORNEY
Florida Special Bar No. A5502016
United States Department of Justice
Criminal Division, Fraud Section
12020 Miramar Parkway
Miramar, Florida 33025
Tel: (202) 262-6276
Timothy.Loper@usdoj.gov