**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CR-20563(Moore)**

**UNITED STATES OF AMERICA,**

vs.

**SCOTT NOVICK,**
    *Defendant.*
_____/

**DEFENDANT SCOTT NOVICK'S RESPONSE TO GOVERNMENT'S RULE 35**
**MOTION TO REDUCE SENTENCE**

Scott Novick, by his undersigned counsel, briefly responds to the Government's Motion for a Rule 35 Reduction. In that Motion, the Government requests a 33% reduction in Mr. Novick's sentence – reducing Mr. Novick's sentence to 52 months' imprisonment. Mr. Novick appreciates the Government's motion, but asks for credit for an additional 7 months, for a sentence of 45 months' imprisonment.

Since his conviction on February 25, 2019, Mr. Novick has done all in his power to fully cooperate with the Government. As the Government stated in its papers, Mr. Novick met with the Government several times; was a critical component in securing the Indictment of a physician; and was prepared to testify at trial. Unfortunately, the physician defendant passed away before trial. Additionally, unlike the scores of defendants that appear before the Court, Mr. Novick, already has paid more than he owed in restitution. Indeed, he has paid $2,249,444, and he continues to pay additional fines monthly through the Bureau of Prisons. Mr. Novick paid these amounts on his own with two cashier's checks so that the Government did not have to use resources or liens to obtain restitution. Finally, because of his obligation as a cooperator, and in an effort to further

accept responsibility, despite serious health conditions Mr. Novick did not apply for compassionate release or any other type of release based on COVID. All the while he has spent much of the last year in lockdown and with serious restrictions due to the pandemic.

## CONCLUSION

For the foregoing reasons, Mr. Novick respectfully requests that the Court grant the Government's Motion for a Rule 35 Reduction and reduce his sentence to 45 months' imprisonment. If the Court sees fit to hold a hearing on this matter, Mr. Novick waives his appearance at such hearing.

Date: April 19, 2021

        Respectfully Submitted,

        /s/ Daniel L. Rashbaum
        Daniel L. Rashbaum
        Fla. Bar No. 75084
        drashbaum@mnrlawfirm.com

        **MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
        2 South Biscayne Boulevard, Suite 2530
        Miami, Florida 33131
        Telephone: (305) 400-4260

        *Counsel for Scott Novick*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2021, a true and correct copy of the Motion was electronically filed with the Clerk of Court using CM/ECF.

/s/ Daniel L. Rashbaum
Daniel L. Rashbaum