**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:18-cr-20563-KMM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT NOVICK,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court upon the Government's Motion for a Rule 35 Reduction. ("Mot.") (ECF No. 61). Therein, the Government moves to reduce the sentence of Defendant Scott Novick (1) ("Defendant"). Defendant has filed a response. ("Resp.") (ECF No. 62). The time for the Government to file a reply has passed. The Motion is now ripe for review.

On February 25, 2019, Defendant pleaded guilty to one count of conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349, which arose from conduct that occurred in the course of Defendant's ownership of pain clinics and a pharmacy in the Southern District of Florida. (ECF Nos. 30, 33). On June 13, 2019, Defendant was sentenced to seventy-eight (78) months' imprisonment, followed by a three (3) year term of supervised release. (ECF Nos. 43, 46).

The Government informs the Court that "Defendant has provided the Government with substantial assistance. Specifically, Defendant provided information that helped secure the indictment of the doctor employed at the pain clinic, and was prepared to testify at the doctor's trial [sic]. The doctor passed away after indictment, but before trial." Mot. at 2. As a result of this assistance, the Government has recommended that "Defendant's sentence be reduced by 26 months (33%), which would result in a sentence of 52 months of imprisonment." *Id*. at 2.

Defendant requests an additional seven (7) months reduction of his sentence, which would result in forty-five (45) month's imprisonment. Resp. at 1. In support of Defendant's request, Defendant points to (1) his assistance in securing an indictment of the doctor, (2) his payment of $2,249,444 in fines and restitution without the need for liens or Government resources, and (3) that despite serious health conditions, Defendant did not apply for compassionate release based on COVID-19. *Id.* at 1–2.

Upon review of the Motion, Defendant's Response, the record, and being fully advised of the premises, it is ORDERED AND ADJUGED that the Government's Motion for a Rule 35 Reduction (ECF No. 61) is GRANTED. An Amended Judgement and Commitment Order will be issued reflecting a fifty-two (52) Month term of imprisonment.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of April, 2021.

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record